**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☐ No ☒
Superseding Indictment: Yes
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____.

Judge Assigned: Allen
Criminal Number: 4:12cr39
New Defendant: Yes
Arraignment Date:

**Defendant Information:**

Juvenile: Yes ☐ No ☒   FBI#: 396369CB0

Defendant Name: HECTOR ROJAS-LAVERDE
Alias Name(s): a/k/a "El Gordo," a/k/a "Manuel," a/k/a Pablo Juan Baez Vasquez, a/k/a Anecleto Zerquera

Address:
Employment:
Birth Date: 1969   SS#:   Sex: M   Race: Columbian   Nationality:   Place of Birth: Columbia
Height:   Weight:   lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☒   List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody         ☐ On Pretrial Release        ☐ Not in Custody
☒ Arrest Warrant Requested         ☐ Fugitive                   ☐ Summons Requested
☐ Arrest Warrant Pending           ☐ Detention Sought           ☐ Bond

**Defense Counsel Information:**

Name:          ☐ Court Appointed
Address:       ☐ Retained
Telephone:     ☐ Public Defender
               ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
               ☐ CJA attorney: _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

SAUSA Adam Small                Telephone No. (202) 616-4782        Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

BATF, SA JAMES LISCINSKY & KEITH COBB, 804-560-0005

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy | 1 | Felony |
| Set 2 | 18 U.S.C. § 1951(a) | Conspiracy to Obstruct, Delay, and Affect Commerce by Robbery | 2 | Felony |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 3 | Felony |
| Set 4 | | | | |
| Set 5 | | | | |

(May be continued on reverse)

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☐ No ☒
Superseding Indictment: Yes
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____ .

Judge Assigned: Allen
Criminal Number: 4:12cr39
New Defendant: Yes
Arraignment Date:

**Defendant Information:**

Juvenile: Yes ☐ No ☒   FBI#:
Defendant Name: FERMIN OCAMPO-GARCIA   Alias Name(s): a/k/a "El Arquitecto"
Address: Richmond, VA or Duncanville, TX
Employment:
Birth Date: 1978   SS#: 6181   Sex: M   Race: Mexican   Nationality:   Place of Birth: Mexico
Height:   Weight:   lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☒   List Language and/or dialect:

**Location Status:**

Arrest Date:
☐ Already in Federal Custody as of: _____ in: _____ .
☐ Already in State Custody         ☐ On Pretrial Release      ☐ Not in Custody
☒ Arrest Warrant Requested         ☐ Fugitive                 ☐ Summons Requested
☐ Arrest Warrant Pending           ☐ Detention Sought         ☐ Bond

**Defense Counsel Information:**

Name:          ☐ Court Appointed
Address:       ☐ Retained
Telephone:     ☐ Public Defender
               ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
               ☐ CJA attorney: _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

SAUSA Adam Small         Telephone No. (202) 616-4782         Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

BATF, SA JAMES LISCINSKY & KEITH COBB, 804-560-0005

**U.S.C. Citations:**

|       | Code/Section        | Description of Offense Charged                                        | Count(s) | Capital/Felony/Misd/Petty |
|-------|---------------------|-----------------------------------------------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 1962(d) | Racketeering Conspiracy                                               | 1        | Felony                    |
| Set 2 | 18 U.S.C. § 1951(a) | Conspiracy to Obstruct, Delay, and Affect Commerce by Robbery         | 2        | Felony                    |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments                            | 3        | Felony                    |
| Set 4 |                     |                                                                       |          |                           |
| Set 5 |                     |                                                                       |          |                           |

(May be continued on reverse)

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**  
City: EDVA  
County/Parish:

Under Seal: Yes ☐  No ☒  
Superseding Indictment: Yes  
Same Defendant: Yes  
Magistrate Judge Case Number:  
Search Warrant Case Number:  
R 20/R 40 from District of _____.

Judge Assigned: Allen  
Criminal Number: 4:12cr39  
New Defendant: No  
Arraignment Date: Summons for IA/AR in NN on 11 Dec 14 @ 2:00

**Defendant Information:**

Juvenile: Yes ☐  No ☒   FBI#:  
Defendant Name: FRANZ K. SZAWRONSKI    Alias Name(s):  a/k/a "Kirke F. Szawronski" and "Francisco"  
Address:  
Employment:  
Birth Date: 1974    SS#:    Sex: M    Race: White    Nationality: U.S.    Place of Birth:  
Height:    Weight:   lbs  Hair:    Eyes:    Scars/Tattoos:  
Interpreter: Yes ☐  No ☒  List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.  
☐ Already in State Custody          ☐ On Pretrial Release       ☐ Not in Custody  
☐ Arrest Warrant Requested          ☐ Fugitive                  ☒ Summons Requested  
☐ Arrest Warrant Pending            ☐ Detention Sought          ☐ Bond

**Defense Counsel Information:**

Name:  
Address:  
Telephone:

☐ Court Appointed  
☐ Retained  
☐ Public Defender  
☐ Office of Federal Public Defender should not be appointed due to conflict of interest  
☐ CJA attorney: _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

SAUSA Adam Small                          Telephone No. (202) 616-4782           Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

BATF, SA JAMES LISCINSKY & KEITH COBB, 804-560-0005

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 3 | Felony |
| Set 2 | 18 U.S.C. §§ 1956(a) and 2 | Laundering of Monetary Instruments | 4-5 | Felony |
| Set 3 | 18 U.S.C. §§ 1957 and 2 | Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity | 6 | Felony |
| Set 4 | | | | |
| Set 5 | | | | |

(May be continued on reverse)

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet     U.S. District Court

**Place of Offense:**  Under Seal: Yes ☐ No ☒   Judge Assigned: Allen
City: EDVA   Superseding Indictment: Yes   Criminal Number: 4:12cr39
County/Parish:   Same Defendant: No   New Defendant: Yes
  Magistrate Judge Case Number:   Arraignment Date:
  Search Warrant Case Number:
  R 20/R 40 from District of _____.

**Defendant Information:**

Juvenile: Yes ☐ No ☒   FBI#:
Defendant Name: SLOVICK HAYIMOV   Alias Name(s): a/k/a "Steve"
Address: Fresh Meadows, NY 11366-1352
Employment:
Birth Date: 1970   SS#: 8487   Sex: M   Race: White   Nationality: U.S.   Place of Birth:
Height:   Weight:   lbs   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☒   List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody        ☐ On Pretrial Release       ☐ Not in Custody
☒ Arrest Warrant Requested        ☐ Fugitive                  ☐ Summons Requested
☐ Arrest Warrant Pending          ☐ Detention Sought          ☐ Bond

**Defense Counsel Information:**

Name:   ☐ Court Appointed
Address:   ☐ Retained
Telephone:   ☐ Public Defender
  ☐ Office of Federal Public Defender should not be appointed due to conflict of interest
  ☐ CJA attorney: _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

SAUSA Adam Small   Telephone No. (202) 616-4782   Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

BATF, SA JAMES LISCINSKY & KEITH COBB, 804-560-0005

## U.S.C. Citations:

|     | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 3 | Felony |
| Set 2 | 18 U.S.C. §§ 2315 and 2 | Sale or Receipt of Stolen Goods | 3, 7-16 | Felony |
| Set 3 |  |  |  |  |
| Set 4 |  |  |  |  |
| Set 5 |  |  |  |  |

(May be continued on reverse)