IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:12CR39 |
| | ) | |
| FRANZ K. SZAWRONSKI | ) | |

**MOTION TO DISMISS**

The United States of America, by its attorney, Eric M. Hurt, Assistant United States Attorney, moves this court to dismiss the Indictment as to the defendant in the above-styled case, without prejudice.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lake Front Commons
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov

Certificate of Service

I certify that on October 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

**Lawrence Hunter Woodward , Jr.**
Shuttleworth Ruloff Swain Haddad & Morecock PC
317 30th Street
Virginia Beach, VA 23451
757-671-6047
Fax: 757-671-6004
Email: lwoodward@srgslaw.com


By:   _____/s/_____
          Eric M. Hurt
          Assistant United States Attorney
          Virginia State Bar No.35765
          Attorney for the United States
          United States Attorney's Office
          Fountain Plaza Three, Suite 300
          721 Lake Front Commons
          Newport News, Virginia 23606
          (757) 591-4000 Office
          (757) 591-0866 Fax
          eric.hurt@usdoj.gov

2